# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUD HAIRANI,<br><br>Plaintiff,<br><br>v.<br><br>ANTONY J. BLINKEN, U.S. Secretary of State; U.S. DEPARTMENT OF STATE,<br><br>Defendants. | Case No.: 24-CV-614-JLS (MSB)<br><br>**ORDER DISMISSING ACTION PURSUANT TO SEPTEMBER 26, 2024 ORDER**<br><br>(ECF No. 11) |

On September 26, 2024, the Court granted Defendants Antony J. Blinken and U.S. Department of State's Motion to Dismiss Plaintiff's Complaint because Plaintiff failed to oppose the Motion despite the requirements of Civil Local Rule 7.1(e)(2). *See generally* ECF No. 11 ("Order"). The Court granted Plaintiff leave to file an amended complaint within fourteen days of the date on which the Order was electronically docketed. *See id.* at 4. The Order explicitly cautioned Plaintiff: "Should Plaintiff fail to file an amended pleading in accordance with this Order, the Court will enter a final order dismissing this civil action based on Plaintiff's failure to prosecute in compliance with a court order requiring amendment." *Id.* (citation omitted). The Order was electronically docketed on September 26, 2024, so Plaintiff's deadline to file an amended complaint was October 10, 2024. Although October 10, 2024, has come and gone, and the Court has given an

1  additional two weeks for the Plaintiff to explain his silence, Plaintiff has not filed an
2  amended complaint in this action. *See generally* Docket.
3      Accordingly, good cause appearing, the Court **DISMISSES WITH PREJUDICE**
4  the present action. As this concludes the litigation in this matter, the Clerk of the Court
5  **SHALL CLOSE** the file.
6      IT IS SO ORDERED.
7  Dated: October 25, 2024

Hon. Janis L. Sammartino
United States District Judge